IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF ZOUCHA, Individually and Special Administrator of the Estate of ALEX J. ZOUCHA, <br><br>Plaintiff,<br><br>v.<br><br>CITY OF BELLEVUE, a municipal corporation and political subdivision in Sarpy County, Nebraska, ALLISON EVANS, HOLLY MCQUAID, ASHLEY MEYERS, AND ANTHONY ORSI,<br><br>Defendant. | CASE NO. 8:18-cv-00195<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Jeff Zoucha, Individually and Special Administrator of the Estate of Alex J. Zoucha, and Defendants, City of Bellevue, a municipal corporation and political subdivision in Sarpy County, Nebraska, Allison Evans, Holly Mcquaid, Ashley Meyers, and Anthony Orsi, jointly stipulate and respectfully move for dismissal without prejudice of all claims in the above-captioned litigation, with each party to bear their own costs and attorney fees in this action, and the making of a complete record waived.

WHEREFORE, Plaintiff, Jeff Zoucha, Individually and Special Administrator of the Estate of Alex J. Zoucha, and Defendants, City of Bellevue, a municipal corporation and political subdivision in Sarpy County, Nebraska, Allison Evans, Holly Mcquaid, Ashley Meyers, and Anthony Orsi, respectfully request that this Court dismiss without prejudice the above-captioned litigation, with each party to bear their own costs and attorney fees in this action, the making of a complete record waived.

DATED this 10th day of December, 2018.

| | |
|---|---|
| JEFF ZOUCHA, Individually and Special Administrator of the Estate of ALEX J. | CITY OF BELLEVUE, ALLISON EVANS, HOLLY MCQUAID, ASHLEY MEYERS, |

| | |
|---|---|
| ZOUCHA, Plaintiff, | and ANTHONY ORSI, Defendants, |
| *s/ Stephen L. Gerdes* <br> Stephen L. Gerdes <br> 2018.12.09 19:11:30 -06'00' <br> Stephen L. Gerdes, #15392 <br> Law Office of Steve Gerdes <br> 11920 Burt St. Suite 145 <br> Omaha, NE 68154-1574 <br> (402) 393-1435 <br> slgerdes@fastmail.fm <br> *Counsel for Plaintiff* | s/ *Ryan M. Kunhart* <br> Ryan M. Kunhart, #24692 <br> Dvorak Law Group, LLC <br> 13625 California Street, Suite 110 <br> Omaha, Nebraska 68114 <br> (402) 934-4770 <br> rkunhart@ddlawgroup.com <br> *Counsel for Defendants.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

s/ *Ryan M. Kunhart*
Ryan M. Kunhart